IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROBIN LYNN RASPBERRY                                                          PLAINTIFF

v.                              Civil No. 4:13-cv-04073

COMMISSIONER, SOCIAL                                                          DEFENDANT
SECURITY ADMINISTRATION

## ORDER

**BEFORE** the Court is Defendants's Motion for Extension to file a brief. ECF No. 13. Plaintiff does not object to allowing Defendant an extension to file a brief. Defendant's Motion for Extension of Time (ECF No. 13) is **GRANTED**, and Defendant's Appeal Brief shall be filed on or before January 21, 2014.

**IT IS SO ORDERED** this **19th day of December 2013.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE